PEOPLE v ANGEL ESPADA, Defendant.—Motion granted and time to take appeal extended upon condition that a notice of appeal is filed and served by August 13, 1990. Memoran-

dum: Defense counsel has been guilty of "improper conduct" *(see,* CPL 460.30) in failing to comply with 22 NYCRR 1022.11 (a). Present—Callahan, J. P., Denman, Boomer, Green, Lawton, JJ.